# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOEL MONISTIROL,

    Plaintiff(s),

v.                                                            CASE NO:  8:12-CV-1975-T-30AEP

TARGET CORPORATION,

    Defendant(s).

## ORDER

THIS CAUSE comes before the Court upon the Stipulation for Amount in Controversy and Remand (Dkt. #7).  The parties have agreed that Plaintiff will not seek damages in this matter in excess of the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Stipulation for Amount in Controversy and Remand (Dkt. #7) is **GRANTED**.  The Clerk of this Court is directed to **remand** this case to the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.  The Clerk is also directed to forward a certified copy of this Order to that Court.

2. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2012\12-cv-1975.remand 7.wpd